BEFORE THE SECOND DIVISION, JUNE 30, 1943

**No. 48486.**—Protest 890794–G of Louis Marbe Cohn (New York).

Opinion by TILSON, J.   It was stipulated that certain of the hemp hats in question are similar in all material respects to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218).   The claim was therefore sustained as to those hats.

**No. 48487.**—Petition 6146–R of Rich's, Inc. (Atlanta).

Opinion by TILSON, J.   The court was satisfied from the circumstances surrounding the transaction, as disclosed by the record, that there was no intent to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.

**No. 48488.**—Protests 959351–G, etc., of Butler Bros. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48489.**—Protests 73723–K, etc., of Accident & Casualty Ins. Co. of Winterthur et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48490.**—Protest 76527–K of F. W. Woolworth Co. (San Francisco).

Opinion by LAWRENCE, J.   The evidence conclusively established that the merchandise consists of figures and other articles composed in chief value of lead, not plated with platinum, gold, or silver, or colored with gold lacquer, and that the entry was made on September 1, 1939.   In accordance therewith the protest was sustained as to this item.

**No. 48491.**—Protest 98488–K of Ignaz Strauss & Co., Inc. (New York).

Opinion by LAWRENCE, J.   The evidence conclusively established that the merchandise consists of figures and other articles composed in chief value of lead, not plated with platinum, gold, or silver, or colored with gold lacquer, and that the entry was made subsequent to the effective date of said trade agreement.   In accordance therewith the protest was sustained as to this item.

**No. 48492.**—Protests 78914–K, etc., of African Metals Corp. et al. (New York).